ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 1 2 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **Brenda Long and David Long** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 4 04-CV-058-HLM |
| **Broderick Smith, Kenneth Beavers,** ) | |
| **Beaulieu Group, LLC and Pilot Travel** ) | |
| **Centers, LLC** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO QUASH SUBPOENAS

**COMES NOW** the Georgia State Board of Workers' Compensation, a non-party to the above-styled action, by and through Thurbert E. Baker, Attorney General for the State of Georgia, appearing specially, and hereby moves the Court to quash the two subpoenas for deposition and document production pursuant to Rule 45(3)(A) of the Federal Rules of Civil Procedure, issued on behalf of the Defendant Pilot Travel Centers, LLC. The grounds for this Motion are more fully set forth in the supporting brief filed simultaneously herewith.

This 8th day of October, 2004.

Respectfully submitted,

THURBERT E. BAKER  033887
Attorney General

ISAAC BYRD  101150
Deputy Attorney General

SIDNEY R. BARRETT, JR.  030752
Senior Assistant Attorney General

KIMBERLY W. SCHROER  629893
Assistant Attorney General

Send all communications to:

Kimberly W. Schroer, Esq.
40 Capitol Square, S.W.
Atlanta, Georgia 30334
(404) 656-0667
FAX (404) 656-0677

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **Brenda Long and David Long** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 4 04-CV-058-HLM |
| **Broderick Smith, Kenneth Beavers,** ) | |
| **Beaulieu Group, LLC and Pilot Travel** ) | |
| **Centers, LLC** ) | |
| ) | |
| Defendants. ) | |

## BRIEF IN SUPPORT OF MOTION TO QUASH SUBPOENAS

Pilot Travel Centers, LLC (hereinafter "Pilot") is a defendant in a civil action filed by Brenda Long and David Long (collectively, the "Plaintiffs"). Pursuant to two subpoenas issued on September 17, 2004, and served on September 20, 2004, Pilot sought discovery from the State Board of Worker's Compensation (hereinafter, the "Board") of the Board's files concerning the workers' compensation claims made by the Plaintiffs. (The two subpoenas, with cover letters, are attached hereto as Exhibits 1 and 2.) The subpoenas commanded the production of the Board's documents, as well the appearance of a Board designee for a deposition on October 18, 2004. The cover letter from Pilot's counsel that accompanied the two subpoenas indicated that the Board "may avoid

the personal appearance indicated in the Subpoena by forwarding a copy of your **entire** file ... at your earliest convenience."

On October 1, 2004, the Board filed its Response and Objections to the Subpoenas, objecting to production of the requested documents on the ground that, pursuant to O.C.G.A. § 34-9-12(b), the records of the Board are not open to the public nor subject to discovery by a non-party to the worker's compensation action to which the records correspond. See Response and Objections by the Georgia State Board of Workers' Compensation to Subpoena Issued in a Civil Case, attached hereto as Exhibits 3. See also Farrell v. Dunn, 199 Ga. App. 631 (1991); Op. Att'y Gen. 91-5. Pilot has not identified itself as a party to any workers' compensation claim filed by either Plaintiff, and, consequently, the Board cannot provide its records.

The Board, through counsel, has requested Pilot, both in writing and through telephone messages, to release the Board from the subpoena for the October 18th deposition on the grounds that it requires the disclosure of privileged matters as set forth above, but Pilot has not responded to this request. Therefore, the Board respectfully requests that the Motion to Quash the Subpoenas issued by Pilot be granted.

2

This  8th  day of October, 2004.

                          Respectfully submitted,

                          THURBERT E. BAKER 033887
                          Attorney General

                          ISAAC BYRD  101150
                          Deputy Attorney General

                          _____
                          SIDNEY R. BARRETT, JR. 039752
                          Senior Assistant Attorney General

                          KIMBERLY W. SCHROER  629893
                          Assistant Attorney General

                          40 Capitol Square, S.W.
                          Atlanta, Georgia 30334
                          (404) 656-0667
                          FAX (404) 656-0677